UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRAD WARRINGTON,

    Plaintiff,

v.                                              Case No.: 2:22-cv-77-JES-KCD

RAKESH PATEL and ROCKY
PATEL PREMIUM CIGARS, INC.,

    Defendants.
_____/

## ORDER

This matter came before the Court for oral argument on several pending motions. (Doc. 180, Doc. 181, Doc. 185.) For the reasons stated on the record, it is now **ORDERED**:

1. Plaintiff's Motion to Set Status Conference and to Modify Scheduling Order (Doc. 180) is **GRANTED IN PART AND DENIED IN PART**. The Court finds good cause to modify the case management order and extend Plaintiff's expert disclosure deadline by 90-days from January 1, 2024. A new case management order will follow. Plaintiff's motion is denied to the extent it seeks any different relief.

2. Defendants' Motion to Extend Scheduling Order Deadlines and for Expedited Briefing (Doc. 181) is **DENIED AS MOOT** since the requested extension is subsumed in relief granted above.

3.  Defendants' Time Sensitive Motion to Extend Deadline to Respond to Plaintiff's Motion to Appoint Receiver or Conservator (Doc. 185) is **GRANTED IN PART AND OTHERWISE DENIED AS MOOT**. Plaintiff has agreed to produce the documents Defendants are seeking, and thus that portion of their motion is moot. Defendants are otherwise granted an extension of time to respond to the pending motion (Doc. 179.) Defendants' response is due on or before January 5, 2024.

**ENTERED** in Fort Myers, Florida on December 18, 2023.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record