UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRAD WARRINGTON,

     Plaintiff,

v.                         Case No.:  2:22-cv-77-JES-KCD

RAKESH PATEL and ROCKY
PATEL PREMIUM CIGARS, INC.,

     Defendants.
_____/

## ORDER

    This matter was previously before the Court for oral argument on Defendant Rocky Patel Premium Cigars, Inc.'s motion to compel. (Doc. 215, Doc. 194.) The Court ruled from the bench after the hearing with one exception. It took under advisement Defendant's request to compel production of a PowerPoint presentation prepared by Plaintiff's expert and shown during a settlement conference. (*See* Doc. 215.) The Court cannot resolve this outstanding issue without first viewing the PowerPoint *in camera*. Accordingly, the Court **ORDERS** Plaintiff to submit an electronic copy of the PowerPoint presentation shown during the settlement conference on April 19, 2023. Plaintiff shall email a copy of the PowerPoint presentation to the following email address, chambers_flmd_dudek@flmd.uscourts.gov, on or before February 9, 2024.

**ENTERED** in Fort Myers, Florida on February 6, 2024.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record