UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRAD WARRINGTON,

    Plaintiff,

v.

Case No.: 2:22-CV-77-JES-KCD

RAKESH PATEL,  ROCKY PATEL PREMIUM CIGARS, INC.,

    Defendants,

/

## ORDER

This matter was before the Court for oral argument on two pending discovery motions. (Doc. 294, Doc. 295.) For the reasons stated on the record, the motions are **GRANTED IN PART AND DENIED IN PART**. Defendants must provide the identified documents within 30 days of this order. The Court will address any modifications to the scheduling order following production and conferral between the parties.

**ORDERED** in Fort Myers, Florida on October 4, 2024.

Kyle C. Dudek
United States Magistrate Judge