UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRAD WARRINGTON,

    Plaintiff,

v.

                                        Case No. 2:22-CV-77-JES-KCD

RAKESH PATEL, ROCKY PATEL
PREMIUM CIGARS, INC.,

    Defendants,
_____/

## ORDER

Plaintiff Brad Warrington seeks a protective order to quash the deposition of his attorney, Francis Caruso. (Doc. 340.) The substance of Warrington's motion is commonplace, but it's timing is not. He sought relief *the day before the deposition was scheduled*. To make matters worse, he filed the motion after hours (5:39 PM) and never alerted the Court about the time-sensitive nature of the relief needed. (*See* Doc. 3 at 4-5.) So by the time the motion hit the Court's radar, there were only a few hours left to review its substance, research the issues, and prepare an order. This is a Court of law, not magic.

Turning to the merits, the Court need not spend long. The "deposition date as contained in the [subpoena] has already passed," leaving the motion moot. *Courtyards of Broward Condo. Ass'n, Inc. v. QBE Ins. Corp.*, No. 07-60168-CIV, 2007 WL 9700820, at *4 (S.D. Fla. Nov. 1, 2007); *see also*

*Am. Fam. Ins. Co. v. Almassud*, No. 1:16-CV-4023-RWS, 2018 WL 11440985, at *6 (N.D. Ga. Feb. 16, 2018).

As the parties have been advised during the many discovery hearings, the Court will endeavor to keep things moving. But the parties must do their part to present any disputes in a timely manner. The Court cannot simply snap its fingers and produce a reasoned decision. It is thus **ORDERED**:

1. Plaintiff's and Francis Caruso, Esq.'s Joint Motion to Quash and for Protective Order (Doc. 340) is **DENIED AS MOOT**.

**ENTERED** in Fort Myers, Florida on April 11, 2025.

Kyle C. Dudek
United States Magistrate Judge