UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRAD WARRINGTON,

        Plaintiff,

    v.

RAKESH PATEL, ROCKY PATEL
PREMIUM CIGARS, INC.,

        Defendants,

_____/

Case No. 2:22-cv-77-JES-KCD

## <u>ORDER</u>

This Court previously issued a letter rogatory to facilitate discovery from a witness in the Netherlands—Stephen Grossman. (Doc. 331.) That process is ongoing in a Dutch court. (*See* Doc. 366 at 4.) Unhappy with the speed of those proceedings, Defendants now ask for "additional correspondence from this Court to emphasize the time-sensitive nature of seeking testimony and documents from" Grossman. (*Id.* at 5.) Defendants also invite the Court to opine on Grossman's objections and correct alleged misrepresentations he has made. (*Id.* at 7.)

The Court will not meddle in the Dutch proceeding, whether by "additional correspondence" or otherwise. The Dutch court is moving forward with the letter rogatory according to its jurisdiction and procedures. Defendants offer no authority for this Court to interject and dictate a faster result. Defendants have retained local counsel and appeared in the Dutch

proceeding. That is the appropriate venue to advocate for an expedited ruling and contest Grossman's arguments.

Accordingly, Defendants' Time-Sensitive Motion for Miscellaneous Relief, Specifically to Issue Letter to the District Court of Noord-Nederland, Groningen Division (Doc. 366) is **DENIED**.

**ORDERED** in Fort Myers, Florida on July 29, 2025.

Kyle C. Dudek
United States Magistrate Judge