UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRAD WARRINGTON,

Plaintiff,

Case No. 2:22-cv-77-KCD-KRH

v.

RAKESH PATEL, ROCKY PATEL PREMIUM CIGARS, INC.,

Defendants,
_______________________________/

**ORDER**

This case was before the Court for oral argument on several pending motions. (*See* Doc. 476.) For the reasons stated on the record, the motions are **GRANTED IN PART AND DENIED IN PART** as set forth below:

- Doc. 458 is **GRANTED** as to subsection (1) and Defendants are prohibited from using the terms "extortion," "extort," "extorted," "extortionate," "extortionist," "criminal," or "blackmail" in opening statements, but use of those phrases thereafter will be determined by trial objections; **GRANTED** as to subsection (2); **DENIED AS MOOT** as to subsection (3); **DENIED WITHOUT PREJUDICE** as to subsection (4); **GRANTED** in part as to subsection (5) and the identified evidence is excluded save for the Wisconsin tax warrants; **DENIED WITHOUT PREJUDICE** as to subsection (6).
- Doc. 459 is **DENIED WITHOUT PREJUDICE**.

- Doc. 460 is **DENIED WITHOUT PREJUDICE**.
- Doc. 461 is **DENIED WITHOUT PREJUDICE**.
- Doc. 462 is **WITHDRAWN**.
- Doc. 463 is **DENIED WITHOUT PREJUDICE**.
- Doc. 464 is **DENIED**.
- Doc. 465 is **DENIED AS MOOT**.
- Doc. 466 is **DENIED**.
- Doc. 467 is **DENIED WITHOUT PREJUDICE**.
- Doc. 468 is **DENIED**.
- Doc. 469 is **DENIED WITHOUT PREJUDICE**.
- Doc. 471 is **GRANTED**.

**ORDERED** in Fort Myers, Florida on November 23, 2026.

Kyle C. Dudek
United States District Judge